UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:06:CR:249

        HON. GORDON J. QUIST

THOMAS OTHELLOW METCALFE,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 5, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Thomas Othellow Metcalfe's plea of guilty to Count One of the Indictment is accepted. Defendant Thomas Othellow Metcalfe is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Thomas Othellow Metcalfe shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, February 6, 2007**. Defendant Thomas Othellow Metcalfe shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 23, 2007

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE